# IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| INA JEAN LOHMANN | * |
| PLAINTIFF | * |
| | * |
| V. | * |
| | * CASE NO. 4:17CV00481 SWW |
| | * |
| TRANS UNION LLC and MID-SOUTH | * |
| ADJUSTMENT CO., INC. | * |
| DEFENDANTS | * |

## ORDER

Before the Court is Plaintiff's notice [ECF No. 12] that Plaintiff and separate defendant Mid-South Adjustment Co., Inc. have settled. Plaintiff requests that the Court dismiss her claims against the separate defendant and retain jurisdiction for the purpose of enforcing the settlement agreement.

IT IS THEREFORE ORDERED that Plaintiff's claims against Separate Defendant Mid-South Adjustment Co., Inc. are dismissed pursuant to settlement, and the Court retains jurisdiction to enforce the settlement agreement. Plaintiff's claims against separate defendant Trans Union LLC remain.

IT IS SO ORDERED THIS 7TH DAY OF SEPTEMBER, 2017.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE