# IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| INA JEAN LOHMANN<br>  PLAINTIFF<br><br>V.<br><br>TRANS UNION LLC and MID-SOUTH<br>ADJUSTMENT CO., INC.<br>  DEFENDANTS | CASE NO. 4:17CV00481 SWW |

## ORDER

Before the Court is Plaintiff's notice [ECF No. 16] that Plaintiff and separate defendant Trans Union, LLC have settled. Plaintiff requests that the Court dismiss her claims against the separate defendant and retain jurisdiction for the purpose of enforcing the settlement agreement.

IT IS THEREFORE ORDERED that Plaintiff's claims against Separate Defendant Trans Union, LLC are dismissed pursuant to settlement, and the Court retains jurisdiction to enforce the settlement agreement. Plaintiff previously settled her claims against separate defendant Mid-South Adjustment Co., Inc., and with no claims remaining, this action is closed.

IT IS SO ORDERED THIS 12TH DAY OF MARCH, 2018.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE